UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA )
)
v. )      NO. 3:11-00194
)      JUDGE CAMPBELL
STERLING RIVERS, et al. )


ORDER

Pending before the Court is Defendant Christopher Nicholson's Motion to Quash

Subpoena (Docket No. 1537). The Motion will be heard at the hearing scheduled for August 22,

2013, at 1:00 p.m.

Counsel shall comply with the transportation requirements set forth in the Order at

Docket No. 1489 entered on August 13, 2013.

Any Defendant transported for hearing or trial shall be transported and housed separately

from Defendant Rivers.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE