UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

## ORDER

Pending before the Court is Defendant Nicholson's Motion To Produce Mr. Nicholson For the Hearing Set For Thursday, August 22, 2013 At 1:00 P.M. (Docket No. 1538). The Motion is GRANTED.

Accordingly, the Marshal Service is directed to bring Defendant Nicholson to the hearing on Thursday August 22, 2013, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE