UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

ORDER

Pending before the Court is Defendant Christopher Nicholson's Motion to Quash Subpoena (Docket No. 1537). The Court held a hearing on August 22, 2013. For the reasons stated from the bench, the Motion is GRANTED.

IT IS SO ORDERED.

                                                                                                                                      _____
                                                                                                                                      TODD J. CAMPBELL
                                                                                                                                      UNITED STATES DISTRICT JUDGE